IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ANDREW KUZNYETSOV, *et al.,*          )
                                      )
    Plaintiffs,            )
                                      )
    vs.                    )          Civil Action No. 9-379
                                      )
WEST PENN ALLEGHENY HEALTH            )
SYSTEM, INC. *et al.,*                )
                                      )
    Defendants.            )

AMBROSE, District Judge

## MEMORANDUM ORDER OF COURT

    Plaintiffs filed an Objection to Special Master Order No. 19. (Docket Nos. 365). Defendants have filed a Response thereto. (Docket No. 369). Pursuant to Rule 53 of the Federal Rules of Civil Procedure, I reviewed all objections *de novo.* Upon review of the same, I agree with the Special Master that for the reasons set forth in the response of counsel for the West Penn Defendants in the letter to the Special Master dated October 11, 2010, the Motion to Compel (Docket No. 325) should be denied.

    THEREFORE, this 22nd day of November, 2010, upon consideration of the Objection to Special Master Order No. 19 (Docket No. 365) and related filings, it is hereby ORDERED that said Objection (Docket No. 365) is overruled and the Order of the Special Master No. 19 is adopted by this Court.

    It is additionally ordered that the Motion to Compel set forth at Docket Nos. 325 is denied.

BY THE COURT:

s/ Donetta W. Ambrose
Donetta W. Ambrose
United States District Judge