IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ANDREW KUZNYETSOV, *et al.*, )
)
   Plaintiffs, )
)
vs. ) Civil Action No. 9-379
)
WEST PENN ALLEGHENY HEALTH )
SYSTEM, INC. *et al.*, )
)
   Defendants. )

AMBROSE, District Judge

## MEMORANDUM ORDER OF COURT

In a letter dated October 19, 2010, Class Counsel requested a modification of the discovery deadlines. (Docket No. 371). Defendants responded thereto on October 23, 2010. (Docket No. 375). Specifically, Class Counsel requests I impose a January 18, 2010, deadline for Defendants to produce all class discovery related to the new opt-in Plaintiffs. I decline to do so. This request has already been raised and rejected previously. *See,* Docket Nos. 363, 373.

To the extent that Defendants employees[1] are not available for depositions by November 24, 2010, Defendants are granted additional time to find available dates to complete said depositions, not to exceed December 30, 2010.

Additionally, I note that Defendants have not suggested that discovery related to the new opt-in Plaintiffs would be a "last minute" production.

THEREFORE, this 23rd day of November, 2010, it is ordered that Class Counsel's request is denied.

                                            BY THE COURT:

                                            s/ Donetta W. Ambrose
                                               Donetta W. Ambrose
                                               United States District Judge

---

[1] This would include the depositions of John Lasky, 11 supervisors and Human Resources directors, plus a 30(b)(6) deponent.